Bk 18069 Pg68 #75820

11-12-2009 @ 02:25p

## ASSIGNMENT OF MORTGAGE

JPMorgan Chase Bank, National Association, Successor in interest from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank f/k/a Washington Mutual Bank F.A. successor in interest to Long Beach Mortgage Company by Operation of Law, holder of a real estate mortgage

from Jose A. Pacheco
to Long Beach Mortgage Company
dated September 30, 2005

recorded in the Hampden County Registry of Deeds in Book 15386, Page 252

assigns without recourse in any event said mortgage and the note and claim secured thereby to Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-3 c/o JPMorgan Chase Bank, National Association, 7255 Baymeadows Way, Mailcode JAXA 2035, Jacksonville, FL 32556.

*IN WITNESS WHEREOF*, the said JPMorgan Chase Bank, National Association, Successor in interest from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank f/k/a Washington Mutual Bank F.A. successor in interest to Long Beach Mortgage Company by Operation of Law has caused its corporate seal to be affixed and these presents to be signed in its name and behalf by __Margaret Dalton__ its __Vice President__ this __6__ day of __November__, A.D. 2009.

Signed and sealed in the presence
See Affidavit of FDIC for purchase
of assets of Washington Mutual
Bank filed in the Hampden
County Registry District of the
Land Court as Document #178395

JP Morgan Chase Bank, National Association, Successor in
interest from the Federal Deposit Corporation, as Receiver
for Washington Mutual Bank f/k/a Washington Mutual
Bank, F.A. successor in interest to Long Beach Mortgage
Company by Operation of Law
By: _____
Name: __Margaret Dalton__
Title: __Vice President__

STATE OF __Florida__

__Duval__, S.S.                                    __Nov. 6th__, 2009

Then personally appeared the above named __Margaret Dalton__, __Vice President__, and acknowledged the foregoing instrument to be the free act and deed of JPMorgan Chase Bank, National Association, Successor in interest from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank f/k/a Washington Mutual Bank F.A. successor in interest to Long Beach Mortgage Company by Operation of Law, before me,

Notary Public: _____
My Commission Expires:

FLORINA C. MUNOZ
Notary Public - State of Florida
My Comm. Expires Feb 23, 2013
Commission # DD 863731

File No.: 2139-3442-1009F
Stanton & Davis
1000 Plain Street
Marshfield, MA 02050

Property Address: 43 Hebron Street, Springfield, Massachusetts

DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS